UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00427-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DERICK LAMAR WILLIAMS-BERRIEN,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED a 5-day jury trial is set for **Monday, December 14 , 2009, at 9:00 a.m. in courtroom A-1002.**

No dates for pretrial motions, hearings on those pending motions, or final trial preparation conference are set.

Dated this 13th day of October, 2009.

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief U. S. District Judge