UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00427-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DERICK LAMAR WILLIAMS-BERRIEN,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on December 4, 2009.  The jury trial set to commence Monday, December 14, 2009 is **VACATED**.  A Change of Plea hearing is set for **Monday, January 25, 2010, at 9:00 a.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      December 7, 2009