UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00427-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DERICK LAMAR WILLIAMS-BERRIEN,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon Government's Motion Regarding Acceptance of Responsibility and the Court being fully advised, it is hereby

ORDERED that Government's Motion Regarding Acceptance of Responsibility [doc. #40], filed September 22, 2010, is **GRANTED.** It is further

ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

Dated this 30th day of September, 2010.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE