UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00427-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DERICK LAMAR WILLIAMS-BERRIEN,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss the Indictment in the above-entitled matter, and the Court having considered the same, it is hereby

ORDERED that Government's Motion to Dismiss the Indictment [doc. #39], filed September 22, 2010, is **GRANTED.** It is further

ORDERED that the Indictment in the above-captioned matter is dismissed.

Dated this 30th day of September, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE